UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBEY HAIRSTON,<br><br>   Petitioner,<br><br>  v.<br><br>BOY'S & GIRL'S CLUB,<br><br>   Respondent. | No. 2:18-cv-2669 DB P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

  Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and a request to proceed in forma pauperis. Petitioner alleges numerous violations of the civil rights of two people by a Boys and Girls Club. For several reasons, the court will recommend this action be dismissed.

  Rule 4 of the Rules Governing § 2254 Cases requires the court to make a preliminary review of each petition for writ of habeas corpus. The court must dismiss a petition "[i]f it plainly appears from the petition . . . that the petitioner is not entitled to relief." Rule 4, Rules Governing § 2254 Cases; Hendricks v. Vasquez, 908 F.2d 490 (9th Cir. 1990).

  First, a petition for a writ of habeas corpus is appropriate only for an action seeking to challenge a detention. See 28 U.S.C. §§ 2241(c), 2254(a), 2255. In the present case, petitioner is not challenging a detention.

  Second, to the extent petitioner is seeking relief for a violation of his civil rights, he is advised that he must file any such complaint in the district where the violation occurred. It

////

appears that petitioner is seeking relief for something that occurred in Palm Desert, California. Palm Desert is part of the Central District of California.

Finally, petitioner is further advised that a suit for a violation of his civil rights under 42 U.S.C. § 1983 is only appropriate against an entity acting "under color of state law." If petitioner wishes to bring a suit against the Boys and Girls Club under 42 U.S.C. § 1983, he must first determine whether it is an entity acting under color of state law.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall assign a district judge to this action; and
2. Petitioner's motion to proceed in forma pauperis (ECF No. 2) is denied as moot.

Further, IT IS RECOMMENDED that this action be dismissed.

Dated: October 11, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-habeas/hair2669.fr