UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBEY HAIRSTON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>BOY'S & GIRL'S CLUB,<br><br>　　　　　Respondent. | No. 2:18-cv-2669 DB P<br><br>AMENDED[1] ORDER AND FINDINGS AND RECOMMENDATIONS |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and a request to proceed in forma pauperis. Petitioner alleges numerous violations of the civil rights of two people by a Boys and Girls Club. For several reasons, the court will recommend this action be dismissed.

Rule 4 of the Rules Governing § 2254 Cases requires the court to make a preliminary review of each petition for writ of habeas corpus. The court must dismiss a petition "[i]f it plainly appears from the petition . . . that the petitioner is not entitled to relief." Rule 4, Rules Governing § 2254 Cases; Hendricks v. Vasquez, 908 F.2d 490 (9th Cir. 1990).

////

---

[1] The court amends the previously issued Order and Findings and Recommendations to include the final paragraph permitting objections.

1    First, a petition for a writ of habeas corpus is appropriate only for an action seeking to

2 challenge a detention. See 28 U.S.C. §§ 2241(c), 2254(a), 2255. In the present case, petitioner is

3 not challenging a detention.

4    Second, to the extent petitioner is seeking relief for a violation of his civil rights, he is

5 advised that he must file any such complaint in the district where the violation occurred. It

6 appears that petitioner is seeking relief for something that occurred in Palm Desert, California.

7 Palm Desert is part of the Central District of California.

8    Finally, petitioner is further advised that a suit for a violation of his civil rights under 42

9 U.S.C. § 1983 is only appropriate against an entity acting "under color of state law." If petitioner

10 wishes to bring a suit against the Boys and Girls Club under 42 U.S.C. § 1983, he must first

11 determine whether it is an entity acting under color of state law.

12    Accordingly, IT IS HEREBY ORDERED that:

13    1. The Clerk of the Court shall assign a district judge to this action; and

14    2. Petitioner's motion to proceed in forma pauperis (ECF No. 2) is denied as moot.

15    Further, IT IS RECOMMENDED that this action be dismissed.

16    These findings and recommendations will be submitted to the United States District Judge

17 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days

18 after being served with these findings and recommendations, any party may file written

19 objections with the court and serve a copy on all parties. The document should be captioned

20 "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that

21 failure to file objections within the specified time may result in waiver of the right to appeal the

22 district court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991). In the objections,

23 petitioner may address whether a certificate of appealability should issue in the event an appeal of

24 the judgment in this case is filed. See Rule 11, Rules Governing § 2254 Cases (the district court

25 ////

26 ////

27 ////

28 ////

must issue or deny a certificate of appealability when it enters a final order adverse to the applicant).

Dated: October 15, 2018

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-habeas/hair2669.am fr